# United States District Court
District of
Massachusetts

Case Number. ~~2004 M 0500 RBC~~ NMG
04-10336-7

**United States of America**
**vs.**

JULIO CARRION SANTIAGO, PEDRO ALBERTO
MIRANDA, REYNALDO RIVERA, JOSE RODRIQUEZ
ENRIQUE AGOSTO, JOSE TORRADO, **CARLOS SANCHEZ**,
LUIS R. SANCHEZ, EDWIN TORREZ, ZULEIMA REYES and
SANTIAGO ARROYO

## MOTION TO ALLOW DEFENDANT TO CHANGE RESIDENTIAL ADDRESS

Now comes the defendant, **Carlos Sanchez** in the above action and moves this Honorable Court to allow the defendant to change his residential address from 270 Fairmount Street, Fitchburg, MA to 23 Congress Street, Fitchburg, MA.

As ground therefore the Defendant states

1. That his infant son is scheduled to have an operation to relieve swelling in his throght on November 23, 2004.
2. That as a result of the operation the child will be cofined to the home for a period exceeding ten days.
3. It is the intention of the mother and child to move to 23 Congress Street, Fitchburg immediately after the operation.

4. The defendant's uncle is the owner of the property located at 23 Congress Street, Fitchburg, MA and has an apartment for the defendant, his girlfriend and son to occupy.

Respectfully submitted by
Carlos Sanchez

Anthony J. Scola, Esquire
47 Harvard Street
Worcester, Ma 01609
(508) 755-6314
B.B.O 448950

Dated: November 22, 2004

*ALLOWED*
NOV 22 2004

11/22/04
NR

Motion to Change Address 11-22-04.wps