JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** ______ **Category No.** I **Investigating Agency** DEA

**City** Lowell/Fitchburg/Leominster **Related Case Information:**

**County** MIDDLESEX/WORCESTER

Superseding Ind./ Inf. X Case No. 04-10336-NMG
Same Defendant ______ New Defendant ______
Magistrate Judge Case Number 2004-M-00500-RBC
Search Warrant Case Number 2004-M-00502-RBC
R 20/R 40 from District of ______

**Defendant Information:**

Defendant Name JULIO CARRION SANTIAGO Juvenile ☐ Yes ☒ No

Alias Name MACHO

Address 264 MECHANIC ST., 2ND FL., LEOMINSTER, MA

Birth date (Year only): 1959 SSN (last 4 #): ______ Sex ___ Race: ______ Nationality: ______

**Defense Counsel if known:** **John Cicilline, Esq.** **Address:** **387 Atwells Avenue**
**Providence, RI 02909**

**Bar Number:** ______

**U.S. Attorney Information:**

**AUSA** DENISE JEFFERSON CASPER **Bar Number if applicable** **568116**

**Interpreter:** ☐ **Yes** ☒ **No** **List language and/or dialect:** ______

**Matter to be SEALED:** ☐ **Yes** ☒ **No**

☐ **Warrant Requested** ☐ **Regular Process** ☒ **In Custody**

**Location Status:**

**Arrest Date:** **October 15, 2004**

☒ **Already in Federal Custody as** **October 15, 2004** **in** **Plymouth House of Correction** .
☐ **Already in State Custody** ______ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release:** **Ordered by** ______ **on** ______

**Charging Document:** ☐ **Complaint** ☐ **Information** ☒ **Indictment**

**Total # of Counts:** ☐ **Petty** ______ ☐ **Misdemeanor** ______ ☒ **Felony** **3**

**Continue on Page 2 for Entry of U.S.C. Citations**

☒ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

**Date:** **APRIL 13, 2005** **Signature of AUSA:** Denise Jefferson Casper

**District Court Case Number (To be filled in by deputy clerk):** ____________________

**Name of Defendant** JULIO CARRION SANTIAGO

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | 18 USC § 924(c) | Possession of firearms in furtherance of a drug | 7 |
| Set 3 | 26 USC 5861(d) | Possession of unlicenced firearms | 8 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** ______ **Category No.** I **Investigating Agency** DEA

**City** Lowell/Fitchburg/Leominster **Related Case Information:**

**County** MIDDLESEX/WORCESTER

Superseding Ind./ Inf. X Case No. 04-10336-NMG
Same Defendant ______ New Defendant ______
Magistrate Judge Case Number 2004-M-00500-RBC
Search Warrant Case Number 2004-M-00505-RBC
R 20/R 40 from District of ______

**Defendant Information:**

Defendant Name PEDRO ALBERTO MIRANDA Juvenile ☐ Yes ☒ No

Alias Name TAVO, Carlos Colon

Address 212 WILDER ST., LOWELL, MA

Birth date (Year only): 1969 SSN (last 4 #): ______ Sex ___ Race: ______ Nationality: ______

**Defense Counsel if known:** **John Palmer, Esq.** **Address:** **24 School Street**
**Boston, MA 02108**

**Bar Number:** ______

**U.S. Attorney Information:**

**AUSA** DENISE JEFFERSON CASPER **Bar Number if applicable** **568116**

**Interpreter:** ☒ **Yes** ☐ **No** **List language and/or dialect:** **SPANISH**

**Matter to be SEALED:** ☐ **Yes** ☒ **No**

☐ **Warrant Requested** ☐ **Regular Process** ☒ **In Custody**

**Location Status:**

**Arrest Date:** **October 15, 2004**

☒ **Already in Federal Custody as** **October 15, 2004** **in** **Plymouth House of Correction** .
☐ **Already in State Custody** ______ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release:** **Ordered by** ______ **on** ______

**Charging Document:** ☐ **Complaint** ☐ **Information** ☒ **Indictment**

**Total # of Counts:** ☐ **Petty** ______ ☐ **Misdemeanor** ______ ☒ **Felony** 1

**Continue on Page 2 for Entry of U.S.C. Citations**

☒ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

**Date:** **APRIL 13, 2005** **Signature of AUSA:** Denise Jefferson Casper

**District Court Case Number (To be filled in by deputy clerk):** ____________________

**Name of Defendant** PEDRO ALBERTO MIRANDA

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** ______ **Category No.** I **Investigating Agency** DEA

City Lowell/Fitchburg/Leominster **Related Case Information:**

County MIDDLESEX/WORCESTER

Superseding Ind./ Inf. X Case No. 04-10336NMG
Same Defendant ______ New Defendant ______
Magistrate Judge Case Number 2004-M-00500-RBC
Search Warrant Case Number 2004-M-00501-RBC
R 20/R 40 from District of ______

**Defendant Information:**

Defendant Name REYNALDO RIVERA Juvenile [ ] Yes [X] No

Alias Name REY

Address 235 18TH ST., APT 204 DRACUT, MA

Birth date (Year only): 1978 SSN (last 4 #): ______ Sex ___ Race: ______ Nationality: ______

**Defense Counsel if known:** **Carl Donaldson, Esq.** **Address:** **11 Beacon Street, Suite 600**
**Boston, MA 02108**

**Bar Number:** ______

**U.S. Attorney Information:**

**AUSA** DENISE JEFFERSON CASPER **Bar Number if applicable** **568116**

**Interpreter:** [X] Yes [ ] No **List language and/or dialect:** **SPANISH**

**Matter to be SEALED:** [ ] Yes [X] No

[ ] **Warrant Requested** [X] **Regular Process** [ ] **In Custody**

**Location Status:**

**Arrest Date:** **October 15, 2004**

[ ] **Already in Federal Custody as** ______ **in** ______ .
[ ] **Already in State Custody** ______ [ ] **Serving Sentence** [ ] **Awaiting Trial**
[X] **On Pretrial Release:** **Ordered by** **Judge Collings** **on** **November 12, 2004**

**Charging Document:** [ ] **Complaint** [ ] **Information** [X] **Indictment**

**Total # of Counts:** [ ] **Petty** ______ [ ] **Misdemeanor** ______ [X] **Felony** **6**

**Continue on Page 2 for Entry of U.S.C. Citations**

[X] **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

**Date:** **APRIL 13, 2005** **Signature of AUSA:** [signature]

**District Court Case Number (To be filled in by deputy clerk):** ______________________

**Name of Defendant** REYNALDO RIVERA

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | 21 USC § 841(a) (1) | Possession w/intent to distribute heroin | 2,3,4,5,6 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** ______ **Category No.** I **Investigating Agency** DEA

**City** Lowell/Fitchburg/Leominster

**County** MIDDLESEX/WORCESTER

**Related Case Information:**

Superseding Ind./ Inf. X Case No. 04-10336-NMG
Same Defendant ______ New Defendant ______
Magistrate Judge Case Number 2004-M-00500-RBC
Search Warrant Case Number ______
R 20/R 40 from District of ______

**Defendant Information:**

Defendant Name ENRIQUE AGOSTO Juvenile [ ] Yes [X] No

Alias Name ______

Address 1 SHATTUCK ST APT 303, LOWELL, MA

Birth date (Year only): 1964 SSN (last 4 #): ______ Sex ___ Race: ______ Nationality: ______

**Defense Counsel if known:** **Cathy Byrne, Esq.** **Address:** **408 Atlantic Avenue, 3rd Floor Boston, MA 02108**

**Bar Number:** ______

**U.S. Attorney Information:**

**AUSA** **DENISE JEFFERSON CASPER** **Bar Number if applicable** **568116**

**Interpreter:** [ ] **Yes** [X] **No** **List language and/or dialect:** ______

**Matter to be SEALED:** [ ] **Yes** [X] **No**

[ ] **Warrant Requested** [ ] **Regular Process** [X] **In Custody**

**Location Status:**

**Arrest Date:** **October 15, 2004**

[X] **Already in Federal Custody as** **October 15, 2004** **in** **Plymouth House Of Correction** .
[ ] **Already in State Custody** ______ [ ] **Serving Sentence** [ ] **Awaiting Trial**
[ ] **On Pretrial Release:** **Ordered by** ______ **on** ______

**Charging Document:** [ ] **Complaint** [ ] **Information** [X] **Indictment**

**Total # of Counts:** [ ] **Petty** ______ [ ] **Misdemeanor** ______ [X] **Felony** **1**

**Continue on Page 2 for Entry of U.S.C. Citations**

[X] **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

**Date:** **APRIL 13, 2005** **Signature of AUSA:** [signature]

**District Court Case Number (To be filled in by deputy clerk):** ____________________

**Name of Defendant** ENRIQUE AGOSTO

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | CONSPIRACY TO DISTRIBUTE HEROIN | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** ______ **Category No.** I **Investigating Agency** DEA

**City** Lowell/Fitchburg/Leominster

**County** MIDDLESEX/WORCESTER

**Related Case Information:**

Superseding Ind./ Inf. X Case No. 04-10336NMG
Same Defendant ______ New Defendant ______
Magistrate Judge Case Number 2004-M-00500-RBC
Search Warrant Case Number ______
R 20/R 40 from District of ______

**Defendant Information:**

Defendant Name JOSE TORRADO Juvenile ☐ Yes ☒ No

Alias Name ______

Address 241 MOODY STREET, LOWELL, MA

Birth date (Year only): 1980 SSN (last 4 #): ______ Sex ___ Race: ______ Nationality: ______

**Defense Counsel if known:** **Lenore M. Glaser, Esq.** **Address:** **25 Kingston Street**
**Boston, MA 02111**

**Bar Number:** ______

**U.S. Attorney Information:**

**AUSA** DENISE JEFFERSON CASPER **Bar Number if applicable** **568116**

**Interpreter:** ☐ **Yes** ☒ **No** **List language and/or dialect:** ______

**Matter to be SEALED:** ☐ **Yes** ☒ **No**

☐ **Warrant Requested** ☒ **Regular Process** ☐ **In Custody**

**Location Status:**

**Arrest Date:** **October 15, 2004**

☐ **Already in Federal Custody as** ______ **in** ______.
☐ **Already in State Custody** ______ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☒ **On Pretrial Release:** **Ordered by** **Judge Collings** **on** **November 12, 2004**

**Charging Document:** ☐ **Complaint** ☐ **Information** ☒ **Indictment**

**Total # of Counts:** ☐ **Petty** ______ ☐ **Misdemeanor** ______ ☒ **Felony** **1**

**Continue on Page 2 for Entry of U.S.C. Citations**

☒ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

**Date:** **APRIL 13, 2005** **Signature of AUSA:** Denise Jefferson Casper

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number (To be filled in by deputy clerk):** ______________________

**Name of Defendant** JOSE TORRADO

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts**

**Place of Offense:** ________ **Category No.** I **Investigating Agency** DEA

**City** Lowell/Fitchburg/Leominster

**County** MIDDLESEX/WORCESTER

**Related Case Information:**

Superseding Ind./ Inf. X Case No. 04-10336-NMG
Same Defendant ________ New Defendant ________
Magistrate Judge Case Number 2004-M-00500-RBC
Search Warrant Case Number 2004-M-00503-RBC
R 20/R 40 from District of ________

**Defendant Information:**

Defendant Name CARLOS SANCHEZ Juvenile ☐ Yes ☒ No

Alias Name CARLITOS

Address 270 FAIRMOUNT ST APT 1F, FITCHBURG, MA

Birth date (Year only): 1982 SSN (last 4 #): ____ Sex ___ Race: ________ Nationality: ________

**Defense Counsel if known:** **Tony Scola, Esq.** **Address:** **47 Harvard Street**
**Worcester, MA 02609**

**Bar Number:** ________

**U.S. Attorney Information:**

**AUSA** DENISE JEFFERSON CASPER **Bar Number if applicable** **568116**

**Interpreter:** ☐ Yes ☒ No **List language and/or dialect:** ________

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested** ☒ **Regular Process** ☐ **In Custody**

**Location Status:**

**Arrest Date:** **October 15, 2004**

☐ **Already in Federal Custody as** ________ **in** ________.
☐ **Already in State Custody** ________ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☒ **On Pretrial Release: Ordered by** **Judge Collings** **on** **November 3, 2004**

**Charging Document:** ☐ **Complaint** ☐ **Information** ☒ **Indictment**

**Total # of Counts:** ☐ **Petty** ____ ☐ **Misdemeanor** ____ ☒ **Felony** 1

**Continue on Page 2 for Entry of U.S.C. Citations**

☒ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

**Date:** **APRIL 13, 2005** **Signature of AUSA:** Denise Jefferson Casper

**District Court Case Number (To be filled in by deputy clerk):** ______

**Name of Defendant** CARLOS SANCHEZ

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** ____ **Category No.** I **Investigating Agency** DEA

**City** Lowell/.Fitchburg/Leominster **Related Case Information:**

**County** MIDDLESEX/WORCESTER

Superseding Ind./ Inf. X Case No. 04-10336-NMG
Same Defendant ____ New Defendant ____
Magistrate Judge Case Number 2004-M-00500-RBC
Search Warrant Case Number ____
R 20/R 40 from District of ____

**Defendant Information:**

Defendant Name LUIS R. SANCHEZ Juvenile ☐ Yes ☒ No

Alias Name PITO

Address 427 ROSEWOOD LANE, LOWELL, MA

Birth date (Year only): 1974 SSN (last 4 #): ____ Sex ___ Race: ____ Nationality: ____

**Defense Counsel if known:** **Sean T. Delaney, Esq.** **Address:** **228 Central Street**
**Lowell, MA 01852**

**Bar Number:** ____

**U.S. Attorney Information:**

AUSA DENISE JEFFERSON CASPER **Bar Number if applicable** **568116**

**Interpreter:** ☒ Yes ☐ No **List language and/or dialect:** **SPANISH**

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested** ☒ **Regular Process** ☐ **In Custody**

**Location Status:**

**Arrest Date:** ____

☐ **Already in Federal Custody as** ____ **in** ____.
☐ **Already in State Custody** ____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☒ **On Pretrial Release:** **Ordered by** **Judge Collings** **on** **October 21, 2004**

**Charging Document:** ☐ **Complaint** ☐ **Information** ☒ **Indictment**

**Total # of Counts:** ☐ **Petty** ____ ☐ **Misdemeanor** ____ ☒ **Felony** **1**

**Continue on Page 2 for Entry of U.S.C. Citations**

☒ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

**Date:** **APRIL 13, 2005** **Signature of AUSA:** [signature]

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number (To be filled in by deputy clerk):** __________

**Name of Defendant** LUIS R. SANCHEZ

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** ____ **Category No.** I **Investigating Agency** DEA

**City** Lowell/Fitchburg/Leominster

**County** MIDDLESEX/WORCESTER

**Related Case Information:**

Superseding Ind./ Inf. X Case No. 04-10336-NMG
Same Defendant ____ New Defendant ____
Magistrate Judge Case Number 2004-M-00500-RBC
Search Warrant Case Number 2004-M-00504-RBC
R 20/R 40 from District of ____

**Defendant Information:**

Defendant Name EDWIN TORREZ Juvenile ☐ Yes ☒ No

Alias Name ____

Address 219 BLACK BROOK RD., LOWELL, MA

Birth date (Year only): 1965 SSN (last 4 #): ____ Sex M Race: ____ Nationality: ____

**Defense Counsel if known:** **Victoria Bonilla-Argudo, Esq.** **Address:** **77 Central Street, 2nd Floor**
**Boston, MA 02109**

**Bar Number:** ____

**U.S. Attorney Information:**

**AUSA** DENISE JEFFERSON CASPER **Bar Number if applicable** 568116

**Interpreter:** ☒ Yes ☐ No **List language and/or dialect:** SPANISH

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested** ☒ **Regular Process** ☐ **In Custody**

**Location Status:**

**Arrest Date:** **October 15, 2004**

☐ **Already in Federal Custody as** ____ **in** ____.
☐ **Already in State Custody** ____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☒ **On Pretrial Release:** **Ordered by** **Judge Collings** **on** **October 21, 2004**

**Charging Document:** ☐ **Complaint** ☐ **Information** ☒ **Indictment**

**Total # of Counts:** ☐ **Petty** ____ ☐ **Misdemeanor** ____ ☒ **Felony** 1

**Continue on Page 2 for Entry of U.S.C. Citations**

☒ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

**Date:** **APRIL 13, 2005** **Signature of AUSA:** Denise Jefferson Casper

**District Court Case Number (To be filled in by deputy clerk):** ______________________

**Name of Defendant** EDWIN TORREZ

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** ____________ **Category No.** I **Investigating Agency** DEA

**City** Lowell/Fitchburg/Leominster **Related Case Information:**

**County** MIDDLESEX/WORCESTER

Superseding Ind./ Inf. X Case No. 04-10336-NMG
Same Defendant ____________ New Defendant ____________
Magistrate Judge Case Number 2004-M-00500-RBC
Search Warrant Case Number ____________
R 20/R 40 from District of ____________

**Defendant Information:**

Defendant Name JOSE RODRIGUEZ Juvenile ☐ Yes ☒ No

Alias Name ____________

Address 261 AIKEN ST 2ND FL. LOWELL, MA

Birth date (Year only): 1962 SSN (last 4 #): ____ Sex ___ Race: ____________ Nationality: ____________

**Defense Counsel if known:** **Valerie S. Carter, Esq.** **Address:** **530 Atlantic Avenue**
**Boston, MA 02108**

**Bar Number:** ____________

**U.S. Attorney Information:**

AUSA DENISE JEFFERSON CASPER **Bar Number if applicable** **568116**

**Interpreter:** ☒ Yes ☐ No **List language and/or dialect:** **SPANISH**

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested** ☐ **Regular Process** ☒ **In Custody**

**Location Status:**

**Arrest Date:** **October 15, 2004**

☒ **Already in Federal Custody as** **October 15, 2004** **in** **Plymouth House of Correction** .
☐ **Already in State Custody** ____________ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release:** **Ordered by** ____________ **on** ____________

**Charging Document:** ☐ **Complaint** ☐ **Information** ☒ **Indictment**

**Total # of Counts:** ☐ **Petty** ________ ☐ **Misdemeanor** ________ ☒ **Felony** 1

**Continue on Page 2 for Entry of U.S.C. Citations**

☒ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

**Date:** **APRIL 13, 2005** **Signature of AUSA:** Denise Jefferson Casper

**District Court Case Number (To be filled in by deputy clerk):** ____________________

**Name of Defendant** JOSE RODRIGUEZ

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** ____ **Category No.** I **Investigating Agency** DEA

**City** Lowell/Fitchburg/Leominster

**County** MIDDLESEX/WORCESTER

**Related Case Information:**

Superseding Ind./ Inf. X Case No. 04-10336-NMG
Same Defendant ____ New Defendant ____
Magistrate Judge Case Number 2004-M-00500-RBC
Search Warrant Case Number ____
R 20/R 40 from District of ____

**Defendant Information:**

Defendant Name ZULEIMA REYES Juvenile ☐ Yes ☒ No

Alias Name LINDA

Address 10 CONLON TERRACE, LOWELL, MA

Birth date (Year only): 1979 SSN (last 4 #): ____ Sex ____ Race: ____ Nationality: ____

**Defense Counsel if known:** **John D. Hodges, Esq.** **Address:** **1360 Main Street**
**Tewksbury, MA 01876**

**Bar Number:** ____

**U.S. Attorney Information:**

**AUSA** DENISE JEFFERSON CASPER **Bar Number if applicable** **568116**

**Interpreter:** ☐ Yes ☒ No **List language and/or dialect:** ____

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested** ☒ **Regular Process** ☐ **In Custody**

**Location Status:**

**Arrest Date:** **October 15, 2004**

☐ **Already in Federal Custody as** ____ **in** ____.
☐ **Already in State Custody** ____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☒ **On Pretrial Release:** **Ordered by** **Judge Collings** **on** **November 15, 2004**

**Charging Document:** ☐ **Complaint** ☐ **Information** ☒ **Indictment**

**Total # of Counts:** ☐ **Petty** ____ ☐ **Misdemeanor** ____ ☒ **Felony** 5

**Continue on Page 2 for Entry of U.S.C. Citations**

☒ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

**Date:** **APRIL 13, 2005** **Signature of AUSA:** [signature]

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): ____________________

Name of Defendant ZULEIMA REYES

| | Index Key/Code | U.S.C. Citations<br>Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | 21 USC § 841(a)(1) | Possession w/intent to distribute heroin | 3,4,5,6 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION:

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** ______ **Category No.** I **Investigating Agency** DEA

**City** Lowell/Fitchburg/Leominster

**County** MIDDLESEX/WORCESTER

**Related Case Information:**

Superseding Ind./ Inf. X Case No. 04-10336-NMG
Same Defendant ______ New Defendant ______
Magistrate Judge Case Number 2004-M-00500-RBC
Search Warrant Case Number ______
R 20/R 40 from District of ______

**Defendant Information:**

Defendant Name SANTIAGO ARROYO Juvenile ☐ Yes ☒ No

Alias Name ______

Address 4 MURRAY COURT, APT 61, NASHUA, NEW HAMPSHIRE

Birth date (Year only): 1983 SSN (last 4 #): ______ Sex ___ Race: ______ Nationality: ______

**Defense Counsel if known:** ______ **Address:** ______

**Bar Number:** ______

**U.S. Attorney Information:**

**AUSA** DENISE JEFFERSON CASPER **Bar Number if applicable** 568116

**Interpreter:** ☒ Yes ☐ No **List language and/or dialect:** SPANISH

**Matter to be SEALED:** ☐ Yes ☒ No

☒ **Warrant Requested** ☐ **Regular Process** ☐ **In Custody**

**Location Status:**

**Arrest Date:** ______

☐ **Already in Federal Custody as** ______ **in** ______.
☐ **Already in State Custody** ______ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release: Ordered by** ______ **on** ______

**Charging Document:** ☐ **Complaint** ☐ **Information** ☒ **Indictment**

**Total # of Counts:** ☐ **Petty** ______ ☐ **Misdemeanor** ______ ☒ **Felony** 2

**Continue on Page 2 for Entry of U.S.C. Citations**

☒ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

**Date:** APRIL 13, 2005 **Signature of AUSA:** Denise Jefferson Casper

**District Court Case Number (To be filled in by deputy clerk):** ______________________

**Name of Defendant** SANTIAGO ARROYO

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | 21 USC § 841(a)(1) | Possession w/intent to distribute heroin | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** ________ **Category No.** I **Investigating Agency** DEA

**City** Lowell/Fitchburg/Leominster

**County** MIDDLESEX/WORCESTER

**Related Case Information:**

Superseding Ind./ Inf. X Case No. 04-10336-NMG
Same Defendant ________ New Defendant ________
Magistrate Judge Case Number 2004-M-00509-RBC
Search Warrant Case Number ________
R 20/R 40 from District of Eastern District of New York

**Defendant Information:**

Defendant Name JUAN NUNEZ Juvenile ☐ Yes ☒ No

Alias Name ________

Address ________

Birth date (Year only): ____ SSN (last 4 #): ____ Sex M Race: ________ Nationality: ________

**Defense Counsel if known:** **Roger Witkins, Esq.** **Address:** **6 Beacon Street, Suite 1010**
**Boston, MA 02108**

**Bar Number:** ________

**U.S. Attorney Information:**

**AUSA** **DENISE JEFFERSON CASPER** **Bar Number if applicable** **568116**

**Interpreter:** ☒ **Yes** ☐ **No** **List language and/or dialect:** **SPANISH**

**Matter to be SEALED:** ☐ **Yes** ☒ **No**

☐ **Warrant Requested** ☐ **Regular Process** ☒ **In Custody**

**Location Status:**

**Arrest Date:** **October 15, 2004**

☒ **Already in Federal Custody as** **October 15, 2004** **in** **Plymouth House of Correction** .
☐ **Already in State Custody** ________ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release:** **Ordered by** ________ **on** ________

**Charging Document:** ☐ **Complaint** ☐ **Information** ☒ **Indictment**

**Total # of Counts:** ☐ **Petty** ____ ☐ **Misdemeanor** ____ ☒ **Felony** 1

**Continue on Page 2 for Entry of U.S.C. Citations**

☒ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

**Date:** **APRIL 13, 2005** **Signature of AUSA:** Denise Jefferson Casper

**District Court Case Number (To be filled in by deputy clerk):** __________

**Name of Defendant** JUAN NUNEZ

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Distribute Heroin | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**