# Anthony J. Scola

Attorney and Counsellor at Law
47 Harvard Street
Worcester, Massachusetts 01609
(508) 755-6314  (508) 755-4338

October 06, 2006

Honorable Nathaniel M. Gorton
Docket Clerk
United States District Court
1 Courthouse Way, Suite 9200
Boston, MA 02210

RE: UNITED STATES V JULIO SANTIAGO El AL (CARLOS SANCHEZ)
NO. 2004 10336 NMG 12

Dear Sir/Madam:

Enclosed please find copy of the following documents that were filed this date:

1. Defendants' photophraphs

*Would you kindly docket the same.*

*Thank you for your attention in this matter.*

*Very truly yours,*

_____
Anthony J. Scola, Esquire

*ajs/tjc*
*enclosure*

UNITED STATES V. JUAN NUNEZ CRIMINAL NO.04 10336 NMG
SERVICE LIST

AUSA William Bloomer
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210

Roger Witkin
6 Beacon Street
Boston, MA 02108

John F. Cicilline, Esq.
387 Atwells Avenue
Providence, Rhode Island 02909

John F. Palmer, Esq.
24 School Street, 8th floor
Boston, MA 02108

Carl N. Donaldson, Esq.
11 Beacon Street, Suite 600
Boston, MA 02108

Valerie S. Carter, Esq,
Carter & Doyle
Russia Wharf West
530 Atlantic Avenue, 3rd floor
Boston, MA 02210

Catherine K. Byrne, Esq.
Federal Defender Office
408 Atlantic Avenue, Suite 328
Boston, MA 02110

Lenore Glazer, Esq.
25 Kingston Street, 6th floor
Boston, MA 02111 2022

Robert M. Goldstein, Esq.
11 4 State Street, 2nd floor
Boston, MA 02109











