AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

USA  v.  Santiago, et al.,

**EXHIBIT AND WITNESS LIST**

Case Number: 04cr10336

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Nathaniel M. Gorton | Bloomer | Cicilline, Palmer, Scola, Witkin, Stehlerdff |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 10-16-06 → all | Dahlstrom | Nicewicz |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| A | | 10/17/06 | x For id x | | Smaller of challa |
| B | | 10/17/06 | x For id x | | larger 1  "   part. in Conspiracy |
| 1 | | | x | x | Santiago license photo |
| 2 | | | x | x | Rivera     "    " |
| 3 | | | x | x | Hallway / entry door / laundry room |
| 4 | | | x | x | Storage unit |
| 5 | | | x | x | Camera case / digital scale |
| 6 | | | x | x | Hydraulic press |
| 7 | | | x | x | Box of tools |
| 8 | | | x | x | 160183 Heroin post analysis |
| 9 | | | x | x | "    cert of analysis |
| 10 | | | x | x | Bottle of Super inmanitol |
| 11 | | | x | x | 978-423-7173 cell phone |
| 12 | | | x | x | Box latex fingers |
| 13 | | | x | x | Photo of C. Sanders |
| 14 | | | x | x | MA reg. 5133 XA |
| 15 | | | x | x | Hyde of 94 Plym Voy. (photo) |
| 16 | | | x | x | 168041 Heroin post analysis |
| 17 | | | x | x | 168041 cert. of analysis |
| 18 | | | x | x | pager / phone  978-788-0589 |
| C | | | x For ID x | | Discs + tele 1 |
| D | | | x For id. x | | "     "  tele 2 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _all_ Pages

AO 187A (Rev. 7/87)   **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | | | | U.S.A. vs. Santiago, et al. | CASE NO. 04cr10336 |
|---|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| E | | 10/17/06 | For id. | | target tele. 3 |
| F | | | For id. | | " " 4 |
| G | | | For id. | | " " Rivera |
| H | | | For id. | | summary of calls |
| 19 | | | ✓ | ✓ | summary chart |
| 20 | | | ✓ | ✓ | GPS data disc |
| 21 | | | ✓ | ✓ | photo of L. Agosto |
| ✗ 22 | | | ✓ | ✓ | Plastic baggy Fzr Leroin 737736 |
| 23 | | | ✓ | ✓ | lab analysis 737736 |
| ✗ 24 | | | ✓ | ✓ | bag Leroin L. Agosto 738375 |
| 25 | | | ✓ | ✓ | lab analysis 738375 |
| ✗ 26 | | | ✓ | ✓ | Photo of J. Rodriguez |
| 27 | | | ✓ | ✓ | bag Leroin 165535 |
| 28 | | | ✓ | ✓ | lab analysis 165535 |
| 29 | | | ✓ | ✓ | photo J. Torrado |
| * 30 | | | ✓ | ✓ | Coffee cup / prints |
| ✗ 31 | | | ✓ | ✓ | Leroin from cup 167231 |
| 32 | | | ✓ | ✓ | Cert lab analy. 167231 |
| ✓ 33 | | 10/18/06 | ✓ | ✓ | bag Leroin 650953 |
| 34 | | | ✓ | ✓ | lab analy 650953 |
| 35 | | | ✓ | ✓ | photo of $ seized |
| ✗ 36 | | | ✓ | ✓ | bag Leroin 650951 |
| 37 | | | ✓ | ✓ | lab analysis 650951 |
| ✗ 38 | | | ✓ | ✓ | bag Leroin 650952 |
| 39 | | | ✓ | ✓ | lab analysis 650952 |
| ✗ 40 | | | ✓ | ✓ | bag cocaine 165534 |
| 41 | | | ✓ | ✓ | lab analy 165534 |

Page 2 of all Pages

AO 187A (Rev. 7/87)   **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | USA | vs. | Santiago, et al., | CASE NO. 04-cr-10336 |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| ✗ 42 | | 10/19/06 | x | x | bag of heroine 165536 |
| 43 | | | x | x | lab analysis 165536 |
| 44 | | | ✓ | ✓ | Plet Santiago Arroyo |
| ✗ 45 | | | ✓ | ✓ | bag heroin 161822 |
| 46 | | | ✓ | ✓ | lab analysis 161822 |
| 47 | | | ✓ | ✓ | Zulema Reyes |
| ✗ 48 | | | ✓ | ✓ | bag heroin 162000 |
| 49 | | | ✓ | ✓ | lab analysis 162000 |
| ✗ 50 | | | ✓ | ✓ | bag heroin 162199 |
| 51 | | | ✓ | ✓ | lab analysis 162199 |
| 52 | | | ✓ | ✓ | CD |
| 53 | | | ✓ | ✓ | book of transcription tab A (→) |
| ✗ 54 | | | ✓ | ✓ | bag heroin 162339 |
| 55 | | | ✓ | ✓ | lab analysis 162339 |
| F | | | For ID | | Videotape |
| 56 | | | ✓ | ✓ | cd of Z. Reyes / Chavez buy |
| ✗ 57 | | | ✓ | ✓ | bag of heroin 162646 |
| 58 | | | ✓ | ✓ | lab analysis 162646 |
| ✗ 59 | | | ✓ | ✓ | bag of heroin 168184 |
| 60 | | | ✓ | ✓ | lab analysis 168184 |
| ✗ 61 | | | ✓ | ✓ | Apple logo bags, D. Porro |
| 62 | | | ✓ | ✓ | coffee sifter, knife spoon P. Porro |
| 63 | | | ✓ | ✓ | 10/6/06 CD 1 Sant / Nunez |
| 64 | | | ✓ | ✓ | 10/6/06 CD 2 Sant / Aug. |
| 65 | | | ✓ | ✓ | 10/6/06 CD 3 Sant / Nunez |
| 66 | | | ✓ | ✓ | 10/6/06 CD 4 " / Rivera |
| 67 | | | ✓ | ✓ | 10/6/06 CD 5 Sant / Sanchez |

Page 3 of all Pages

AO 187A (Rev. 7/87)   **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | | | USA vs. Santiago, et al., | | CASE NO. 04-cr-10336 |
|---|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
|---|---|---|---|---|---|---|
| ~~42~~ | | ~~10/13/06~~ | x | x | ~~bag of heroine~~ | |
| ~~43~~ | | | x | x | ~~lab analysis~~ | |
| 68 | | 10/15/06 | ✓ | ✓ | 10/6/06  CD 6 | |
| 69 | | | ✓ | ✓ | 10/6/06  CD 7 | |
| 70 | | | ✓ | ✓ | 10/6/06  CD 8 | |
| 71 | | | ✓ | ✓ | 10/6/06  CD 9 | |
| | | 10/19/06 | | | | |
| | 72 | | ✓ | ✓ | flight notice Hilton NYC | |
| | 73 | | ✓ | ✓ | 2004 ALCS Redsox/Yankees schedule | |
| 74 | | 10/20/06 | ✓ | ✓ | photo of Jose Torrado | |
| 75 | | | ✓ | ✓ | 270 Fairmont, Fitch. | |
| 76 | | | ✓ | ✓ | close up of 270 Fairmont | |
| J | | | For | CD | video of 270 Fairmont | |
| 77 | | | ✓ | ✓ | DVD of J | |
| 78 | | | ✓ | ✓ | Advice of Rights | |
| 79 | | | ✓ | ✓ | bottle of Procaine | |
| 80 | | | ✓ | ✓ | motorola cell phone | |
| 81 | | | ✓ | ✓ | photo kitchen / pantry not visible | |
| 82 | | | ✓ | ✓ | photo kitchen pt. 2 pantry visible | |
| 83 | | | ✓ | ✓ | Blow up 2d Fl. 264 Mechanic | |
| 84 | | | ✓ | ✓ | rear of 264 | |
| 85 | | | ✓ | ✓ | green 264 | |
| 86 | | | ✓ | ✓ | Common Area 264 | |
| 87 | | | ✓ | ✓ | photo of Smiley Colon | |
| 88 | | | ✓ | ✓ | 212 Wilde | |
| 89 | | | ✓ | ✓ | photo of Oldsrym Torres | |
| 90 | | 10/24/06 | ✓ | ✓ | Wilde Street photo | |

Page __4__ of __all__ Pages

AO 187A (Rev. 7/87) **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | USA | vs. | Santiago, et al., | CASE NO. 04-cr-10336 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 91 | | 10/23/06 | x | x | box; gloves, masks, etc |
| 92 | | | x | x | Santiago entering Wilder |
| 93 | | | ✓ | ✓ | " " front door |
| 94 | | | ✓ | ✓ | Torrado entering rear door |
| 95 | | | ✓ | ✓ | Torrado exiting rear door |
| 96 | | | ✓ | ✓ | Santiago exiting rear door |
| 97 | | | ✓ | ✓ | " walking to van |
| 98 | | | ✓ | ✓ | photo Santiago at grille/desk |
| 99 | | | ✓ | ✓ | bags removed from ~~Santiago~~ Rodriguez 168185 |
| 100 | | | ✓ | ✓ | lab analysis – 168188 |
| 101 | | | ✓ | ✓ | mini self storage |
| 102 | | | ✓ | ✓ | " " " front view |
| K | | | for id | | Trudel video |
| 103 | | | ✓ | ✓ | Trudel DVD |
| 104 | | | ✓ | ✓ | Box items; scale, spoons, bags |
| 105 | | | ✓ | ✓ | photo hallway, press etc |
| 106 | | | ✓ | ✓ | photo of 9mm in attic |
| 107 | | | ✓ | ✓ | photo other attic items; silencer, scale |
| 108 | | | ✓ | ✓ | bag containing silencers, clip etc |
| 109 | | | ✓ | ✓ | bag w/ clip |
| 110 | | | ✓ | ✓ | black silencer |
| 111 | | | ✓ | ✓ | Copper silencer |
| 112 | | | ✓ | ✓ | Grey cylinder/silencer |
| 113 | | | ✓ | ✓ | 9mm with clip |
| 114 | | | ✓ | ✓ | bag |
| 115 | | | ✓ | ✓ | substance/heroin/attic |
| 116 | | | ✓ | ✓ | cert. analysis |

Page 5 of all Pages

AO 187A (Rev. 7/87)     **EXHIBIT AND WITNESS LIST – CONTINUATION**

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | USA vs. Santiago, et al., | | | CASE NO. 04-cr-10336 |
| 117 | | 10/23/06 | x | x | 3 scales / 1 bag |
| 118 | | | x | x | Silver ~~scale~~ drug press |
| 119 | | | ✓ | ✓ | DVD 264 Mech. St. |
| 120 | | | ✓ | ✓ | Orange press |
| 121 | | | ✓ | ✓ | bag - spiral notebook, W.U. papers |
| 122 | | | ✓ | ✓ | bag - postal money orders |
| 123 | | | ✓ | ✓ | bag 2 cell phones |
| 124 | | | ✓ | ✓ | " grinders |
| 125 | | | ✓ | ✓ | dust mask |
| 126 | | | ✓ | ✓ | portable $ counter |
| 127 | | | ✓ | ✓ | Box of press items |
| 128 | | | ✓ | ✓ | one 9 mm round |
| 129 | | | ✓ | ✓ | GPS DVD |
| 130 | | | ✓ | ✓ | 270 Fremont page blow up |
| | 131 | 10/24/06 | ✓ | ✓ | ex h - summary of calls |
| 132 | | | ✓ | ✓ | photo Nunez |
| 133 | | | ✓ | ✓ | 930 59th St. direct shot |
| 134 | | | ✓ | ✓ | 930 59th St. long shot |
| | 135 | | ✓ | ✓ | 930 59th St. Leading outbound |
| | 136 | | ✓ | ✓ | "  "  "  "  " |
| | 137 | | ✓ | ✓ | "  "  "  Across street |
| | 138 | | ✓ | ✓ | "  "  "  "  close up |
| | 139 | | ✓ | ✓ | "  "  Angle |
| | 140 | | ✓ | ✓ | "930" doorway shot |
| | 141 | | ✓ | ✓ | intersection 59/50 / Ft. Hamilton |
| 142 | M | STIP | ✓ | ✓ | procaine bottle photo suitcase / storage |
| 143 | | STIP | ✓ | ✓ | working firearm (#113), cert. neg. |
| | L | 10/25/06 | | | summary of calls |
| | M | 10/25/06 | | | " |
| | N | 10/26/06 | ID | | ~~AFFIDAVIT~~ |
| | O | 10/26/06 | ID | | COUGHMAN AFFIDAVIT |

Page 6 of all Pages