United States District Court
District of Massachusetts

|                                      |   |                        |
|--------------------------------------|---|------------------------|
| UNITED STATES OF AMERICA             | ) |                        |
|                                      | ) |                        |
| v.                                   | ) | Criminal Action No.    |
|                                      | ) | 04-10336-NMG           |
| JULIO SANTIAGO, CARLOS COLON,        | ) |                        |
| CARLOS SANCHEZ, JOSE RODRIGUEZ       | ) |                        |
| AND JUAN NUNEZ,                      | ) |                        |
|                                      | ) |                        |
| Defendants.                          | ) |                        |

### Verdict Form

**WE, THE JURY, UNANIMOUSLY FIND:**

1. On the charge of <u>Conspiracy to Distribute, and to Possess with the Intent to Distribute, Heroin</u> (Count <u>One</u>), Defendant **Julio Santiago**

    _____ Not Guilty    __✓__ Guilty


2. On the charge of <u>Conspiracy to Distribute, and to Possess with the Intent to Distribute, Heroin</u> (Count <u>One</u>), Defendant **Carlos Colon**

    _____ Not Guilty    __✓__ Guilty

-1-

3. On the charge of <u>Conspiracy to Distribute, and to Possess with the Intent to Distribute, Heroin</u> (Count <u>One</u>), Defendant **Carlos Sanchez**

   \_\_\_\_\_ Not Guilty    ✓ Guilty

4. On the charge of <u>Conspiracy to Distribute, and to Possess with the Intent to Distribute, Heroin</u> (Count <u>One</u>), Defendant **Jose Rodriguez**

   \_\_\_\_\_ Not Guilty    ✓ Guilty

5. On the charge of <u>Conspiracy to Distribute, and to Possess with the Intent to Distribute, Heroin</u> (Count <u>One</u>), Defendant **Juan Nunez**

   \_\_\_\_\_ Not Guilty    ✓ Guilty

**If you have answered ALL of the above questions (Questions 1-5) "Not Guilty", proceed to Question 8. Otherwise, answer Question 6.**

6. The conspiracy, of which you have found one or more of the defendants guilty, involved:

   ✓ One or more kilograms of heroin        \_\_\_\_\_ Less than one kilogram of heroin

**If you have answered Question 1 "Guilty", proceed to Question 7. If you have answered Question 1 "Not Guilty", proceed to Question 8.**

-2-

7. On the charge of <u>Possession of Firearms in Furtherance of a Drug Trafficking Crime</u> (Count <u>Seven</u>), Defendant **Julio Santiago**

   \_\_\_\_ Not Guilty   ✓ Guilty

8. On the charge of <u>Possession of Unregistered Firearms</u> (Count Eight), Defendant **Julio Santiago**

   \_\_\_\_ Not Guilty   ✓ Guilty

YOUR DELIBERATIONS ARE COMPLETE.  THE FOREWOMAN WILL SIGN THE VERDICT FORM AND NOTIFY THE MARSHAL IN WRITING THAT THE JURY HAS COME TO A DECISION.  THE JURY WILL THEN BE INVITED TO THE COURTROOM TO RETURN ITS VERDICT.

Dated: 10/27/06    Jury Forewoman: *Lynn Graham*