**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**BOSTON, MASSACHUSETTS**

UNITED STATES OF AMERICA            )
                                    )
v.                                  )          Criminal No. 1:04-cr-10336-NMG-7
                                    )
CARLOS SANCHEZ                      )
_____)

## NOTICE OF APPEAL

Now comes the Defendant in the above-entitled matter and moves this Honorable

Court to order the Clerk to prepare and file a notice of appeal of the Defendant's sentence

pursuant to Fed. R. of Crim. P. 32 (j)(1)(B). The Defendant further moves this Court to

order the Clerk to prepare and file a notice of appeal of the Defendant's conviction

pursuant to Fed. R. of Crim. P. 32(J)(1)(A).

Respectfully submitted,

Carlos Sanchez
Pro Se
Plymouth County Correctional Facility
26 Long Pond Road
Plymouth, MA 02360