UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

USDC Docket Number : 04-cr-10336

United States of America

v.

Carlos Sanchez

---

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

Notice of Appeal #367

and contained in Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 4/6/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on May 7, 2007.

Sarah A. Thornton, Clerk of Court

/s/ *signature*
Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: 5-15-07.

*Susan Pedro*
Deputy Clerk, US Court of Appeals

---

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: 07-1719

- 3/06