# United States District Court
District of
Massachusetts

| | | |
|---|---|---|
| **United States of America** | ) | |
| vs. | ) | CR No. 04-CR-10336 NMG |
| | ) | |
| **CARLOS SANCHEZ** | ) | |

## MOTION TO WITHDRAW

    Now comes Anthony J. Scola in the above entitled matter and moves to withdraw as counsel for the defendant Carlos Sanchez.

                            Respectfully submitted.

/s/    *Anthony J. Scola*
        Anthony J. Scola, Esquire
        47 Harvard Street
        Worcester, Ma 01609
        (508) 755-6314
        B.B.O 448950
        ajs33@verizon.net

## CERTIFICATION

I, hereby certify that on May 30, 2007 a true copy of the within document was served upon the attorneys of record by ECF filing.

                /s/    *Anthony J. Scola*