# United States Court of Appeals
## For the First Circuit

No. 07-1719
DC No. 04-10336

UNITED STATES,

Appellee,

v.

CARLOS SANCHEZ, a/k/a Carlitos,

Defendant, Appellant.

**ORDER OF COURT**
Entered: September 14, 2007
Pursuant to 1st Cir. R. 27.0(d)

  Treating appellant's financial affidavit, with attached prison trust account statement, as a motion to proceed on appeal in forma pauperis ("IFP"), we transmit said request to the district court for action in the first instance pursuant to Fed. R. App. P. 24(a)(1). Copies of the district court's ruling shall be forwarded to this court. The district court, if it denies the motion, is requested to state its reasons in writing. Fed. R. App. P. 24(a)(2). If appellant is not granted IFP status by the district court, he may file a motion to proceed IFP in this court, provided that he do so in accordance with Fed. R. App. P. 24(a)(5).

By the Court:
Richard Cushing Donovan, Clerk

By: _____
   Chief Deputy Clerk

[certified copies: Honorable Nathaniel M. Gorton, Sarah A. Thornton, Clerk United States District Court for the District of Massachusetts]

[cc: Carlos Sanchez, William F. Bloomer, AUSA, Dina M. Chaitowitz, AUSA, Anthony J. Scola, Esq.]