AO 240 (Rev. 6/86) Application to Proceed

# United States District Court

DISTRICT OF __Boston__

2007 SEP 13 P 12: 02

FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

APPLICATION TO PROCEED IN
FORMA PAUPERIS, SUPPORTING
DOCUMENTATION AND ORDER

CASE NUMBER: 07-1719

I, __Carlos Sanchez__, declare that I am the (check appropriate box)

- [x] petitioner/plaintiff
- [ ] movant (filing 28 U.S.C. 2255 motion)
- [ ] respondent/defendant
- [ ] _____ other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

In further support of this application, I answer the following questions.

1. Are you presently employed?  Yes ☐  No ☑
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   N/A

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

   10/27/06   $1400.00

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment    Yes ☐  No ☑
   b. Rent payments, interest or dividends?    Yes ☐  No ☑
   c. Pensions, annuities or life insurance payments?    Yes ☐  No ☑
   d. Gifts or inheritances?    Yes ☐  No ☑
   e. Any other sources?    Yes ☐  No ☑



## Inmate Inquiry

| | | | |
|---|---|---|---|
| **Inmate Reg #:** | 25394038 | **Current Institution:** | Loretto FCI |
| **Inmate Name:** | SANCHEZ, CARLOS | **Housing Unit:** | LOR-N-B |
| **Report Date:** | 09/06/2007 | **Living Quarters:** | N04-061U |
| **Report Time:** | 3:13:25 PM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 9256 |
| PAC #: | 219204307 |
| FRP Participation Status: | Participating |
| Arrived From: | LEW |
| Transferred To: | |
| Account Creation Date: | 5/4/2007 |
| Local Account Activation Date: | 6/4/2007 4:14:27 PM |
| Sort Codes: | |
| Last Account Update: | 9/6/2007 11:18:44 AM |
| Account Status: | Active |
| Phone Balance: | $8.78 |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| Quarterly | $25.00 | 0% |

## Account Balances

| | |
|---|---|
| Account Balance: | $225.98 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $23.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $202.98 |
| National 6 Months Deposits: | $1,576.43 |
| National 6 Months Withdrawals: | $1,356.20 |
| National 6 Months Avg Daily Balance: | $115.73 |
| Local Max. Balance - Prev. 30 Days: | $249.98 |
| Average Balance - Prev. 30 Days: | $122.52 |

LORETTO FC

## Commissary History

### Purchases

Validation Period Purchases: $280.00
YTD Purchases: $1,074.20
Last Sales Date: 9/6/2007 11:18:44 AM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Spending Limit: $290.00
Expended Spending Limit: $280.00
Remaining Spending Limit: $10.00

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Userid | Active |
|---|---|---|---|---|---|

## Comments

Comments:

Affidavit to Accompany
Motion for Leave to Appeal in Forma Pauperis

District Court No. 1
Appeal No. 07-1719

**COPY**

v.

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct.(28 U.S.C. § 1746; 18 U.S.C. § 1621.)<br><br>Signed: _____ | Complete all questions in this application and then sign it. Do not leave any blanks—if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.<br>Date: 8/29/07 |

My issues on appeal are:

1. *For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ 0 | $ 0 | $ 0 |
| Self-employment | $ 0 | $ 0 | $ 0 | $ 0 |
| Income from real property (such as rental income) | $ 0 | $ 0 | $ 0 | $ 0 |
| Interest and dividends | $ 0 | $ 0 | $ 0 | $ 0 |

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Gifts | $ 0 | $ 0 | $ 0 | $ 0 |
| Alimony | $ 0 | $ 0 | $ 0 | $ 0 |
| Child support | $ 0 | $ 0 | $ 0 | $ 0 |
| Retirement (such as social security, pensions, annuities, insurance | $ 0 | $ 0 | $ 0 | $ 0 |
| Disability (such as social security, insurance payments) | $ 0 | $ 0 | $ 0 | $ 0 |
| Unemployment payments | $ 0 | $ 0 | $ 0 | $ 0 |
| Public-assistance (such as welfare) | $ 0 | $ 0 | $ 0 | $ UNKNOWN – Applying for welfare |
| Other (specify): _____ | $ 0 | $ 0 | $ 0 | $ 0 |
| Total Montbly income: | $ 0 | $ 0 | $ 0 | $ 0 |

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| The Country Hen Manager: Saul Sierra | P.O. Box 333 Hubbardston, MA 01452 | | $1,400.00 |

3. List your spouses's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A | | | |

2

4. *How much cash do you and your spouse have?* $ _____

   Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| N/A | | $ | $ |
| | | $ | $ |
| | | $ | $ |

**If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

5. List the assets, and their values, which you or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home | (Value) | Other real estate | (Value) | Motor Vehicle #1 | (Value) |
|---|---|---|---|---|---|
| N/A | | N/A | | Make & year: N/A | |
| | | | | Model: | |
| | | | | Registration#: | |

| Motor Vehicle #2 | (Value) | Other assets | (Value) | Other assets | (Value) |
|---|---|---|---|---|---|
| Make & year: N/A | | N/A | | N/A | |
| Model: | | | | | |
| Registration#: | | | | | |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | N/A | N/A |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| Mayra Alexandra Sanchez Torres | Daughter | 7 |
| Axel Manuel Sanchez Toro | Son | 5 |

3

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

|  | You | Spouse |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home)<br>   Are any real estate taxes included? ☐ Yes ☐ No<br>   Is property insurance included?   ☐ Yes ☐ No | $ 0 | $ Ø |
| Utilities (electricity, heating fuel, water, sewer, and Telephone) | $ 0 | $ Ø |
| Home maintenance (repairs and upkeep) | $ 0 | $ Ø |
| Food | $ 0 | $ Ø |
| Clothing | $ 0 | $ Ø |
| Laundry and dry-cleaning | $ 0 | $ Ø |
| Medical and dental expenses | $ 0 | $ Ø |
| Transportation (not including motor vehicle payments) | $ 0 | $ Ø |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ Ø |
| Insurance (not deducted from wages or included in Mortgage payments) | $ 0 | $ Ø |
|     Homeowner's or renter's | $ 0 | $ Ø |
|     Life | $ 0 | $ Ø |
|     Health | $ 0 | $ Ø |
|     Motor Vehicle | $ 0 | $ Ø |
|     Other:_____ | $ 0 | $ Ø |
| Taxes (not deducted from wages or included in Mortgage payments)(specify):_____ | $ 0 | $ Ø |
| Installment payments | $ 0 | $ Ø |
|     Motor Vehicle | $ 0 | $ Ø |
|     Credit card (name):_____ | $ 0 | $ Ø |
|     Department store (name):_____ | $ 0 | $ Ø |
|     Other:_____ | $ 0 | $ Ø |

4

| | | |
|---|---|---|
| Alimony, maintenance, and support paid to others | $ 0 | $ ∅ |
| Regular expenses for operations of business, profession, or farm (attach detailed statement) | $ 0 | $ ∅ |
| Other (specify): _____ | $ 0 | $ ∅ |
| **Total monthly expenses:** | $ 0 | $ ∅ |

*9. Do you expect any major changes to your monthly income or expenses in your assets or liabilities during the next 12 months?*
☐ Yes  ☒ No                    If yes, describe on an attached sheet.

*10. Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form?* ☐ Yes ☒ No

If yes, how much? $_____

If yes, state the attorney's name, address, and telephone number:

_____
_____
_____

*11. Have you paid — or will you be paying — anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?*
☐ Yes  ☒ No

If yes, how much? $_____

If yes, state the person's name, address, and telephone number:

_____
_____
_____

*12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*

5

*13. State the address of your legal residence.*
Carlos Sanchez #25394-038
FCI Loretto; Federal Correctional Inst. P.O. Box 1000
Your daytime phone number: (_____) _____  Loretto, PA 15940
Your age: 25      Your years of schooling: _____

6