UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **UNITED STATES,** )<br>　　Appellee, )<br>　　　　　　　　　　　　　　　　)<br>　　v. )<br>　　　　　　　　　　　　　　　　)<br>**CARLOS SANCHEZ, a/k/a Carlitos,** )<br>　　Defendant/Appellant. )<br>　　　　　　　　　　　　　　　　) | App. No. 07-1719<br><br>Crim. No. 04-10336-NMG |

### ORDER

**GORTON, J.**

　　Before the Court is the motion of the defendant/appellant Carlos Sanchez for leave to proceed <u>in forma pauperis</u> on appeal. Upon reviewing the motion and financial information submitted therewith, the Court concludes that Sanchez is eligible to proceed <u>in forma pauperis</u>. The Court therefore grants the motion.

　　The Clerk shall transmit a copy of this Order to the United States Court of Appeals for the First Circuit.

**So ordered.**

　　　　　　　　　　　　　　　　　　　　　/s/ Nathaniel M. Gorton
　　　　　　　　　　　　　　　　　　　Nathaniel M. Gorton
　　　　　　　　　　　　　　　　　　　United States District Judge
Dated: 10/2/07