UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)  Criminal No. 04-10336-NMG<br>CARLOS SANCHEZ )<br>    Defendant )  | |

## ORDER

Upon consideration of the *Motion Under 28 U.S.C. §2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody* (the "§ 2255 Motion") filed by Petitioner Carlos Sanchez ("the petitioner") in the above-captioned action, and the United States of America's motion in response thereto, it is here by ORDERED and DIRECTED as follows:

(1) Within 14 days of the date of this order, the petitioner shall [must] confirm in writing that he has waived his attorney-client privilege with respect to the factual issues concerning effective representation by his trial attorney, Anthony J. Scola;

(2) Within 14 days of the date of the filing of the petitioner's waiver, Attorney Scola shall [must] file an affidavit under oath responding to petitioner Sanchez's allegations and setting forth pertinent details concerning conversations, correspondence, and/or relevant documentation exchanged with Sanchez either during or after his conviction and sentencing hearing pertaining to Sanchez's claims of ineffective assistance of counsel; and

(3) Within 30 days of the date of this order, the petitioner and his present attorney shall produce to the government, or otherwise make available for inspection and copying by the United States, Attorney Scola's case file in the above-captioned matter.

SO ORDERED:

*/s/ Nathaniel M. Gorton*
NATHANIEL M. GORTON
United States District Judge
District of Massachusetts

DATED: 7/28/10